IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANE DOE, A MINOR, by her Mother and Natural Guardian, JENNIFER NIED, and JENNIFER NIED, Individually | : : : | CIVIL ACTION <br><br> JURY TRIAL DEMANDED |
| Plaintiffs <br> v. | : : : | |
| RIVERSIDE SCHOOL DISTRICT d/b/a RIVERSIDE JUNIOR SENIOR HIGH SCHOOL, RIVERSIDE SCHOOL DISTRICT BOARD OF EDUCATION, ROBERT PRESLEY, in his individual and official capacity, CHRISTOPHER LAZOR in his individual and official capacity, PAUL M. BRENNAN, in his individual and official capacity, and BRYAN PICA & NICOLE PICA, as the Parents and Natural Guardians of A.P., a minor | : : : : : : : : : : : | No.: 3:23-cv-0118-MCC <br><br> **FILED** <br> HARRISBURG, PA <br><br> AUG 11 2023 <br><br> PER ___KJN___ <br> DEPUTY CLERK |
| Defendants. | : | |

ORDER

AND NOW, this 11th day of August, 2023, upon consideration of the Plaintiffs', Jane Doe, a minor, by her Mother and Natural Guardian, Jennifer Nied, and Jennifer Nied, individually, Motion for Permission to Exceed Type-Volume Limitation Pursuant to Local Rule 7.8(b), it is hereby ORDERED that the Plaintiffs' Motion is GRANTED. The Plaintiffs may submit a Brief in Opposition of Defendants' Motion to Dismiss in excess of 5,000 words but no greater than 8,500 words.

SO ORDERED,

s/ Martin C. Carlson
_____ J.