IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANE DOE, A MINOR, by her Mother and Natural Guardian, JENNIFER NIED, and JENNIFER NIED, Individually | : : : : | CIVIL ACTION<br><br>JURY TRIAL DEMANDED |
| Plaintiffs<br>v. | : : : | |
| RIVERSIDE SCHOOL DISTRICT d/b/a RIVERSIDE JUNIOR SENIOR HIGH SCHOOL, RIVERSIDE SCHOOL DISTRICT BOARD OF EDUCATION, ROBERT PRESLEY, in his individual and official capacity, CHRISTOPHER LAZOR in his individual and official capacity, PAUL M. BRENNAN, in his individual and official capacity, and BRYAN PICA & NICOLE PICA, as the Parents and Natural Guardians of A.P., a minor | : : : : : : : : : : : : | No.: 3:23-cv-0118-MCC |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I, Dave W. Rothenberg, Esquire, attorney for the above-named Plaintiffs, do certify that on the date appearing below I caused a true and correct copy of the foregoing ***Sur-Reply Brief to Defendants' Reply Brief in Support of Motion to Dismiss*** via electronic case filing and/or electronic mail as follows:

William J. McPartland, Esquire
Marshall, Dennehey, Warner, Coleman & Goggin
P.O. Box 3118
Scranton, Pennsylvania 18505-3118
WJMcPartland@mdwcg.com

Frank Santomauro, Esquire
Law Offices of Frank Santomauro
142 South Main Avenue
Scranton, Pennsylvania 18504
Frank@fjsantolaw.com

Dated: September 5 2023.

By: _____
Dave W. Rothenberg, Esquire
**ROTHENBERG & CAMPBELL**