IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANE DOE, A MINOR, by her Mother and Natural Guardian, JENNIFER NIED, and JENNIFER NIED, Individually | : : : : | CIVIL ACTION  JURY TRIAL DEMANDED |
| Plaintiffs | : | |
| v. | : : | |
| RIVERSIDE SCHOOL DISTRICT d/b/a RIVERSIDE JUNIOR SENIOR HIGH SCHOOL, RIVERSIDE SCHOOL DISTRICT BOARD OF EDUCATION, ROBERT PRESLEY, in his individual and official capacity, CHRISTOPHER LAZOR in his individual and official capacity, PAUL M. BRENNAN, in his individual and official capacity, and BRYAN PICA & NICOLE PICA, as the Parents and Natural Guardians of A.P., a minor | : : : : : : : : : : : | No.: 3:23-cv-0118-MCC |
| Defendants. | : | |

## ORDER

**AND NOW**, this _____ day of _____, 2023, upon consideration of Defendants', Riverside School District d/b/a Riverside Junior Senior High School, Riverside School District Board of Education, Robert Presley, in his individual and official capacity, Christopher Lazor, in his individual and official capacity, and Paul M. Brennan, in his individual and official capacity, Motion to Dismiss, and the Plaintiffs' responses thereto, it is hereby ORDERED that Defendants' Motion to Dismiss is **DENIED**.

SO ORDERED,

_____J.