IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANE DOE, a minor, by her mother and natural guardian, Jennifer Nied, and JENNIFER NIED, individually, | : : : : | Civ. No. 3:23-CV-1118 |
| Plaintiffs, | : : | |
| v. | : : | (Magistrate Judge Bloom) |
| RIVERSIDE SCHOOL DISTRICT, d/b/a Riverside Junior/Senior High School, et al., | : : : : | |
| Defendants. | : | |

## ORDER

AND NOW, this 11th day of December 2023, for the reasons outlined in the accompanying Memorandum Opinion, IT IS HEREBY ORDERED THAT the defendants' motion to dismiss (Doc. 18) is GRANTED IN PART and DENIED IN PART as follows:

1. The motion is GRANTED with respect to the Title IX retaliation claim, § 1983 claims, state law claims, and claim for punitive damages against the District;

2. The School Board is DISMISSED as a defendant;

3. The motion is GRANTED as to the § 1983 claims and claims of intentional and negligent infliction of emotional distress against Presley, Lazor, and Brennan; and

4. The motion is DENIED as to the Title IX discrimination claim against the District.

*S/ Daryl F. Bloom*
Daryl F. Bloom
United States Magistrate Judge