IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANE DOE, a minor, by her mother and natural guardian, Jennifer Nied, and JENNIFER NIED, individually, | : : : : | Civil No. 3:23-CV-01118 |
| Plaintiffs, | : : | |
| v. | : : : | (Magistrate Judge Bloom) |
| RIVERSIDE SCHOOL DISTRICT, d/b/a Riverside Junior/Senior High School, et al., | : : : : | |
| Defendants | : : | |

## AMENDED CERTIFICATE OF CONCURRENCE

I, Frank J. Santomauro, Esquire, counsel for the Parent Defendants, Bryan and Nicole Pica, do hereby certify that I have spoken with counsel for each party to the instant matter and that said counsel concurs in the Parent Defendants' May 29, 2024 Motion for Extension of Time to File its response to Plaintiffs' First-Amended Complaint.

_____
Frank J. Santomauro, Esquire
Attorney ID#: 67041
142 South Main Avenue
Scranton, PA 18504
570-342-7787
frank@fjsantolaw.com