IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANE DOE, a minor, by her mother and natural guardian, Jennifer Nied, and JENNIFER NIED, individually,<br><br>Plaintiffs,<br><br>v.<br><br>RIVERSIDE SCHOOL DISTRICT, d/b/a Riverside Junior/Senior High School, et al.,<br><br>Defendants. | : Civ. No. 3:23-CV-1118<br>:<br>:<br>:<br>:<br>:<br>:<br>: (Chief Magistrate Judge Bloom)<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

AND NOW, this 23rd day of December 2024, for the reasons outlined in the accompanying Memorandum Opinion, IT IS HEREBY ORDERED THAT the defendants' motion to dismiss (Doc. 48) is GRANTED IN PART and DENIED IN PART as follows:

1. The motion is GRANTED with respect to the plaintiffs' Due Process claim;

2. The motion is DENIED with respect to the Title IX claim against the District, the Equal Protection claim against the individual defendants, and the *Monell* claim against the District; and

3. The plaintiffs' request for leave to amend is DENIED.

*S/ Daryl F. Bloom*
Daryl F. Bloom
Chief United States Magistrate Judge