# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANE DOE, A MINOR, by her Mother and Natural Guardian, JENNIFER NIED, and JENNIFER NIED, Individually, | CIVIL ACTION |
| Plaintiff | JURY TRIAL DEMANDED |
| v. | |
| RIVERSIDE SCHOOL DISTRICT d/b/a RIVERSIDE JUNIOR SENIOR HIGH SCHOOL, ROBERT PRESLEY, in his individual and official capacity, CHRISTOPHER LAZOR, in his individual and official capacity, PAUL M. BRENNAN, in his individual and official capacity, and BRYAN PICA & NICOLE PICA, as the Parents and Natural Guardians of A.P., a minor, | NO. 3:23-cv-01118 (Magistrate Judge Bloom) |
| Defendants | |

## STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED** by the parties hereto, by and through their undersigned counsel, that the above-captioned action is voluntarily discontinued in accordance with Federal Rule of Civil Procedure 41(a), with prejudice, each party to bear its own costs, expenses, and attorneys' fees.

**SO STIPULATED AND AGREED:**

MARSHALL DENNEHEY, P.C.

By: _____
William J. McPartland, Esquire
P.O. Box 3118
Scranton, PA 18505-3118
(570) 496-4600
*Attorney for Defendant Riverside School District, Robert Presley, Christopher Lazor, and Paul M. Brennan*

Dated: September 9, 2025


LAW OFFICES OF FRANK J. SANTOMAURO, LLC

By: _____
Frank J. Santomauro, Esquire
142 South Main Avenue
Scranton, PA 18504
(570) 342-7787
*Attorney for Defendants Bryan and Nicole Pica*

Dated: September 9, 2025


ROTHENBERG & CAMPBELL

By: _____
Dave W. Rothenberg, Esquire
345 Wyoming Ave., Ste. 210
Scranton, PA 18503
(570) 207-2889
*Attorney for Plaintiffs*

Dated: Sept. 9, 2025